**U.S. Department of Justice**
United States Attorneys

# United States District Court for the District of Columbia

**FILED**
OCT 2 6 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

UNITED STATES OF AMERICA :

: 

V.   :   Case No. 17-cr-190

:

MOBEEN AHMED

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __26th__ day of __October 2017__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TBD__ by __SA Wayne Boddy__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_/s/_
Judge ~~Magistrate~~ JAMES E. BOASBERG

DOJ USA-16-80

INVESTIGATOR